THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eric Wilson, Appellant.
 
 
 

Appeal From Darlington County
James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2009-UP-173
Submitted April 1, 2009  Filed April 27,
 2009    
AFFIRMED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh; Assistant Deputy Attorney General Donald J. Zelenka, Assistant
 Attorney General J. Anthony Mabry, all of Columbia; and Solicitor Jay E. Hodge,
 Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM: Eric Wilson appeals from a jury verdict finding him
 guilty of murder and the possession of a firearm during the commission of a
 violent crime.  Wilson argues the circuit court erred in preventing him from
 impeaching the testimony of the State's key witness.  We affirm pursuant to Rule 220(b), SCACR, and the
 following authorities: State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) (internal
 citations omitted) (contending a party
 may not argue one ground at trial and an alternate ground on appeal); Ex parte McMillan, 319 S.C. 331, 337, 461 S.E.2d 43, 46 (1995)
 (declaring a party cannot raise an
 argument for the first time on appeal); Courie v.
 Courie, 288 S.C. 163, 167, 341 S.E.2d
 646, 648 (Ct. App. 1986) (explaining a party cannot allege error occurred at
 trial where counsel "voluntarily
 failed to pursue a permitted line
 of questioning"). 
AFFIRMED.[1]
Huff,
 Williams, and Konduros, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.